# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

ZORIDA CARRION,

    Plaintiff,                                           Case No. 3:19-cv-1696

v.

CREDIT CONTROL, LLC.

    Defendant.

_____/

## **COMPLAINT**

The Plaintiff, Zorida Carrion ("Plaintiff"), hereby sues the Defendant, Credit Control, LLC ("Defendant"), and alleges:

### *Parties, Jurisdiction and Venue*

1. Plaintiff is an individual and a resident of Wolcott, Connecticut.

2. Defendant is a foreign limited liability company with its principal place of business in Hazelwood, Missouri.

3. This is an action brought pursuant to 15 U.S.C. 1692k.  Accordingly, this Court has jurisdiction over this action under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

5. All conditions precedent to bringing this action have occurred, been performed, or have been waived.

## *Common Facts*

6. Defendant is a company who uses instrumentalities of interstate commerce, including interstate telephone lines, and the mails in a business the principal purpose of which is the collect of debts. In that business, Defendant regularly collects and attempts to collect, directly and indirectly, debts owed or due and debts asserted to be owed or due another.

7. Defendant was engaged as a debt collector to collect a debt from the Plaintiff that was allegedly incurred for personal and household purposes.

8. In attempting to collect the alleged debt, Defendant called Plaintiff so frequently that it constituted harassment, including calling Plaintiff every single day for months even though Plaintiff repeatedly demanded that Defendant stop calling her. Defendant often called Plaintiff multiple times in a single day.

9. Defendant's representatives also used abusive and harassing language toward Plaintiff, such as telling her, "Well how do you pay your rent? How are you paying your phone bill? What are you, homeless?" Defendant's representative also said, "We will keep calling you every day until you pay the debt."

10. Additionally, Defendant spoke with Plaintiff's fiancé, Gary Vargas, and disclosed information to him regarding the alleged debt. Specifically, in August or September of 2019, a representative of Defendant spoke with Mr. Vargas and asked if Plaintiff was available. Mr. Vargas said that Plaintiff was not available but that he could take a message. The representative responded by stating, "We are trying to collect a debt for Lincoln Tech with an outstanding balance of $1,500.00." Mr. Vargas responded, "Ok, is there anything else?" The representative asked Mr. Vargas who he was. Mr. Vargas responded that he was Plaintiff's fiancé. The representative responded by stating, "Are you able to make a payment for her?"

11. The conversation between Defendant's representative and Mr. Vargas is detailed in the Declaration of Gary Vargas attached hereto as Exhibit "A".

12. Defendant directed the above-described phone calls to Plaintiff in the District of Connecticut, and Plaintiff received the calls in the District of Connecticut.

**COUNT I – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

13. Plaintiff incorporates and realleges paragraphs 1 through 12 as if stated fully herein.

14. The conduct of Defendant constituted violations of 15 U.S.C. § 1692c and 15 U.S.C. § 1692d.

15. As a direct and proximate result of the wrongful conduct of Defendant, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Zorida Carrion, hereby demands judgment against the Defendant, Credit Control, LLC, for actual damages, statutory damages in the amount of $1,000.00, court costs, reasonable attorney's fees, injunctive relief, and any other further relief this Court deems just and proper.

*<u>Demand for Attorney's Fees & Costs</u>*

Pursuant to 15 U.S.C. § 1692k(a)(3), Plaintiff Zorida Carrion hereby demands an award of the attorney's fees and costs incurred in this matter.

### *<u>Demand for Jury Trial</u>*

Plaintiff Zorida Carrion hereby demands a jury trial on all claims asserted in this Complaint and otherwise later asserted in this lawsuit.

DATED: October 28, 2019.                                Respectfully submitted,

*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
D.Conn. Bar No. ct30558
**MIZE LAW, PLLC**
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for the Plaintiff,*
*Zorida Carrion*