# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZORIDA CARRION,<br><br>               Plaintiff,<br>vs.<br><br>CREDIT CONTROL, LLC,<br><br>               Defendant. | Civil Action No.: 3:18-cv-00876-JAM<br><br><br><br>November 23, 2019 |

## APPLICATION FOR ADMISSION PRO HAC VICE

Undersigned counsel for the Defendant, Richard Gora, moves this Court to admit attorney Martin Brent Yarborough, an Alabama attorney, for the limited purpose of representing Credit Control, LLC in this case. In support of this Application, the undersigned states as follows:

1. Yarborough submits an affidavit, attached as Exhibit A, which fulfills the requirements of Local Rule 83.1(d).

2. If this application is granted, Yarborough will serve as additional counsel for Credit Control, LLC. The undersigned movant will continue to serve as local counsel for Credit Control, LLC.

3. The granting of this application will not require modification of the scheduling order or of any deadlines.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant this Application for Admission Pro Hac Vice.

        Respectfully submitted,

        /s/ Richard S. Gora
        Richard S. Gora (ct27479)
        Gora LLC
        2 Corporate Dr., Suite 210
        Trumbull, CT 06611

        *Attorney for Defendant,*
        *Credit Control, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Joshua A. Mize, Esq.
Mize Law, PLLC
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

        /s/ Richard S. Gora